BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
JONATHAN K. ROSS
Senior Litigation Counsel
CHRISTOPHER B. BUCHANAN
Senior Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-5362
Email: christopher.b.buchanan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKZAD DZHANPOLATOV,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>Defendant. | Case No. 2:24-cv-05618-MCS-Ex<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM VOLUNTARY DISMISSAL AND TO REOPEN CASE PURSUANT TO FED. R. CIV. P. 60(b)**<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

# DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF AND TO REOPEN CASE

Plaintiff filed his asylum application on September 29, 2021. Compl. ¶ 2, ECF No. 1. On July 2, 2024, Plaintiff initiated this action to compel USCIS to adjudicate his Form I-589, which had been pending for just under three years. *Id*. On September 25, 2025, Defendant filed their Motion to Dismiss for lack of jurisdiction and failure to state a claim, which the Court granted in part and denied in part and then the Court stayed this action *sua sponte*. ECF Nos. 34, 38. Following a Notice of Interview, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF Nos. 39, 40. On November 28, 2025, Plaintiff filed his Motion for Relief from Voluntary Dismissal and to Reopen Case Pursuant to Fed. R. Civ. P. 60(b). ECF No. 40.

As to Plaintiff's Motion, Defendant takes no position.

Dated: December 22, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JONATHAN K. ROSS
Senior Litigation Counsel

Respectfully submitted,

*/s/ Christopher Buchanan*
CHRISTOPHER BUCHANAN
Senior Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Defendant