1  BRIAN M. BOYNTON
2  Principal Deputy Assistant Attorney General
   ERNESTO H. MOLINA, JR. (CA Bar #181304)
3  Deputy Director
   NANCY K. CANTER (CA Bar #263198)
4  Senior Trial Counsel
5  CHRISTOPHER B. BUCHANAN
   Senior Trial Attorney
6  Office of Immigration Litigation
7  Civil Division
   U.S. Department of Justice
8  P.O. Box 878, Ben Franklin Station
9  Washington, DC 20044
   Phone: (202) 532-4601
10 Email: christopher.b.buchanan@usdoj.gov

11 Attorneys for Defendant

12

13              UNITED STATES DISTRICT COURT

14        FOR THE CENTRAL DISTRICT OF CALIFORNIA

15
   BEKZAD DZHANPOLATOV,              No. 2:24-cv-05618-MCS-Ex
16
           Plaintiff, Pro Se,        DECLARATION OF LEAD TRIAL
17                                    COUNSEL RE PROOF OF SERVICE
   v.
18                                    Honorable Judge Mark C. Scarsi
   UNITED STATES CITIZENSHIP         United States District Judge
19 AND IMMIGRATION SERVICES
   (USCIS).,
20
           Defendant.
21

22

23

24

25

26

27

28

i

# DECLARATION OF CHRISTOPHER BUCHANAN

I, CHRISTOPHER BUCHANAN, declare under 28 U.S.C. § 1746:

1.  I am a Trial Attorney with the Department of Justice, Office of Immigration Litigation, Appellate Section.  I am lead trial counsel representing Defendant in this action.  I have personal knowledge of the facts stated herein and, if called as a witness, I would so testify.

2.  I make this declaration in compliance with L.R. 5-3.1.2.

3.  On December 22, 2025, I caused to be served upon Plaintiff a copy of the foregoing Defendant's Response To Plaintiff's Motion For Relief From Voluntary Dismissal And To Reopen Case Pursuant To Fed. R. Civ. P. 60(B), by deposit in the Department of Justice mailroom for same or next-business-day mailing via First Class Mail to[1]:

Bekzad Dzhanpolatov, Pro Se

2930 Domingo Ave # 706

Berkley, CA 94705

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 22d of December, 2025.

/s/ *Christopher B. Buchanan*
CHRISTOPHER B. BUCHANAN
Senior Trial Attorney
Civil Division
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: 202-616-2872
Email: Christopher.B.Buchanan@usdoj.gov

---

[1] Although different from his address on the docket, Defendant serves Plaintiff at the address listed in his most recent filing, ECF No. 41 and which is also consistent with the address listed in his pending case, *Dzhanpolatov v. USCIS*, No. 25-6254 (9th Cir. 2025), ECF No. 4.

i

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii