**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FIRST-CLASS MAIL IMI
$001.90
12/09/2025 ZIP 90012
043M31268156



RTS



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 29 2025
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV



2:24-CV-5618-MCS

NIXIE  957  52  18CU  0112/23/25
RETURN TO SENDER
ILLEGIBLE
UNABLE TO FORWARD
RC: 9001233299
2060N357131-00834

Case: 2:24cv05618   Doc: 42

Bekzad Dzhanpolatov
2422 Ridge Road
Berkeley, CA 94709

Case 2:24-cv-05618-MCS-E    Document 44    Filed 12/29/25    Page 2 of 3    Page ID #:257

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Bekzad Dzhanpolatov
2422 Ridge Road
Berkeley CA 94709
US
--Case Participants: Christopher B. Buchanan (christopher.b.buchanan@usdoj.gov, mandamus.oil@usdoj.gov), Oil Appellate (mandamus.oil-ecfnotifications@usdoj.gov, mandamus.oil@usdoj.gov, speciallitigationteam.oil@usdoj.gov), Magistrate Judge Charles F. Eick (crd_eick@cacd.uscourts.gov), Judge Mark C. Scarsi (crd_scarsi@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41491914@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-05618-MCS-E Bekzad Dzhanpolatov v. United States Citizenship and Immigration Services Generic Text Only Entry
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/8/2025 at 11:55 AM PST and filed on 12/8/2025

| | |
|---|---|
| **Case Name:** | Bekzad Dzhanpolatov v. United States Citizenship and Immigration Services |
| **Case Number:** | 2:24-cv-05618-MCS-E |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/27/2024** | |
| **Document Number:** | 42 |

**Docket Text:**
**TEXT ONLY ENTRY (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE on Plaintiff's Motion for Relief From Voluntary Dismissal and to Reopen Case Pursuant to Fed.R.Civ. P. 60(b) (ECF No. [41]) by Judge Mark C. Scarsi: The Court, on its own motion, sets the following briefing schedule: Any opposition shall be filed by December 22, 2025, with the reply to be filed no later than January 5, 2026. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (smo)**